

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-84,584-03

### IN RE KEITH STUART HENRY, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NOS. 10456700101B-3 AND 10485190101B-3
### IN THE 262ND DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. Relator filed applications for writs of habeas corpus in the 262nd District Court of Harris County on April 11, 2016. More than 180 days has passed, and the applications have not been forwarded to this Court as mandated by Texas Rule of Appellate Procedure 73.4(b)(5).

Respondent, the District Clerk of Harris County, is ordered to file a response, which may be made by submitting the records on such habeas corpus applications, submitting proof of the date of receipt by the State showing 180 days has not yet elapsed, or stating that Relator has not filed an

application for a writ of habeas corpus in Harris County. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: October 25, 2017
Do not publish